IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**PAULETTA JOHNSON, et al**

       Plaintiff(s)

- vs -

**UNIFIED GOVT OF WYANDOTTE COUNTY/ KANSAS CITY, KANSAS, et al**

       Defendant(s)

## AFFIDAVIT OF SERVICE

Court Date:       Court Time:                                                                   CaseNo.: **24-2329-TC-GEB**

**SHALEESE ROCKETT**

I, **Deborah Martin** ,being over the age of 18 years old and not a party to this action, depose and say that:

On **08/15/2025** at **3:26 PM**, I served the within **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL CASE** on **SHALEESE ROCKETT** at **1133 w main st suite 101, Blue springs , Mo, 64015** in the manner indicated below:

**INDIVIDUAL SERVICE:** By delivering to the within named person a true copy of this process.

Description of person process was left with:

Sex: **Female** - Skin: **Black** - Hair: **Gray** - Age: **50's** - Height: **5ft7in** - Weight: **170**

Comments: **I Debbie personally served**

**Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.**

X_____
**Deborah Martin**
816-912-3070
License(s): PPS24-0251
Job#: **122193**

ID#

*122193*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Pauletta Johnson, Mother of Amaree'ya Henderson, Deceased,         Plaintiff, <br><br>vs. <br><br>Unified Government of Wyandotte County / Kansas City, et al <br><br>        Defendant. | Case No. 2:24-cv-02329-TC-GEB |

**NOTICE OF INTENT TO ISSUE SUBPOENA
DUCES TECUM TO TESTIFY AT A DEPOSITION**

To the above named parties and their attorneys of record:

Please take notice that pursuant to Fed. R. Civ. P. 45, Defendant Unified Government of Wyandotte County/Kansas City, Kansas, will issue a Subpoena Duces Tecum to Testify at a Deposition to: Shaleese Rockett, MSW, LCSW, Reconciliation Services, 3101 Troost, Kansas City, MO 64109. A copy of the proposed subpoena is attached hereto.

                                              Respectfully submitted,

                                              McAnany, Van Cleave & Phillips, P.A.
                                              10 E. Cambridge Circle Drive, Suite 300
                                              Kansas City, Kansas 66103
                                              Telephone (913) 371-3838
                                              Fax (913) 371-4722
                                              Email: rdenk@mvplaw.com
                                                               kdumovich@mvplaw.com

                                        By: */s/ Ryan B. Denk*                
                                              Ryan B. Denk   #18868
                                              Kathryn M. Dumovich   #30276

                                        *Attorneys for the Unified Government of Wyandotte
                                        County/Kansas City, Kansas and Austin Schuler*

9U54692.DOCX

**Certificate of Service**

      The undersigned does hereby certify that on the 12th day of August, 2025, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Milesha Segun
Nuru Witherspoon
Kay Harper Williams
Emily Taylor
The Witherspoon Law Group
5565 Deer Creek, Unit A
Dallas, Texas 75228
litigation@twlglawyers.com
witherspoon@twlglawyers.com
william@twlglawyers.com
taylor@twlglawyers.com

Suzanne Hale Robinson
Hale Robinson & Robinson, LLC
511 Delaware St., Ste 100
Kansas City, MO 64105
Suzanne@hrrlawyers.com

*Attorneys for Plaintiff*

      /s/ *Ryan B. Denk*

9U54642.DOCX

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| Pauletta Johnson, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 24-2329-TC-GEB |
| Unified Government of Wyandotte County / Kansas City, Kansas, et al | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Shaleese Rockett, MSW, LCSW, Reconciliation Services, 3101 Troost, Kansas City, MO 64109

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

All medical records, communications and billing records relating to the care and treatment of Plaintiff, Pauletta Johnson, DOB: 02/18/1980 for the period January 1, 2017 through the present.

| Place: McAnany, Van Cleave & Phillips<br>10 E. Cambridge Cir. Dr., Ste. 300<br>Kasas City, Kansas 66103 | Date and Time:<br>08/26/2025 12:30 am |
|---|---|

The deposition will be recorded by this method: _____

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | OR | /s/ Ryan B. Denk |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Unified Government of Wyandotte County / Kansas City, Kansas _____, who issues or requests this subpoena, are:

Ryan B. Denk, McAnany, Van Cleave & Phillips, 10 E. Cambridge Cir Dr, Ste 300, 913-371-3838; rdenk@mvplaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 24-2329-TC-GEB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*

    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Pauletta Johnson, Mother of Amaree'ya Henderson, Deceased )<br><br>Plaintiff, )<br><br>vs. )<br><br>Unified Government of Wyandotte County / Kansas City, et al )<br><br>Defendant. ) | Case No. 2:24-cv-02329-TC-GEB |

### NOTICE TO TAKE DEPOSITION

**PLEASE TAKE NOTICE** that Defendant, Unified Government of Wyandotte County/Kansas City, Kansas, will take the deposition upon oral examination of Shaleese Rockett, before a duly qualified court reporter on **Tuesday, August 26, 2025,** at the Offices of McAnany, Van Cleave & Phillips, 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas 66103, beginning at **9:30 a.m.** and continuing thereafter until completed.

Respectfully submitted,

McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
         kdumovich@mvplaw.com

By: /s/ Ryan B. Denk
    Ryan B. Denk  #18868
    Kathryn M. Dumovich   #30276

*Attorneys for the Unified Government of Wyandotte County/Kansas City, Kansas and Austin Schuler*

9U77619.DOCX

## Certificate of Service

The undersigned does hereby certify that on the 12th day of August, 2025, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Milesha Segun
Nuru Witherspoon
Kay Harper Williams
Emily Taylor
The Witherspoon Law Group
5565 Deer Creek, Unit A
Dallas, Texas 75228
litigation@twlglawyers.com
witherspoon@twlglawyers.com
william@twlglawyers.com
taylor@twlglawyers.com

Suzanne Hale Robinson
Hale Robinson & Robinson, LLC
511 Delaware St., Ste 100
Kansas City, MO 64105
Suzanne@hrrlawyers.com

*Attorneys for Plaintiff*

And a copy was provided via e-mail to:

Emerald Court Reporters, LLC
9300 W. 110th Street, Suite 200
Overland Park, Kansas 66210
tammy@emeraldcourtreporting.com

      /s/ *Ryan B. Denk*

9U77543.DOCX